David Sherrill WARFIELD, Appellant,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

March 1, 1974.

Anthony M. Wilhoit, Public Defender, David E. Murrell, Deputy Public Defender, Frankfort, for appellant.

Ed W. Hancock, Atty. Gen., Guy C. Shearer, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Justice STEPHENSON, Affirming; Dissenting Opinion by Justice STEINFELD.*

John Coleman DUNCAN, Appellant,

v.

Juanita SIMMS (n/k/a Woodford), Appellee.

Court of Appeals of Kentucky.

March 1, 1974.

Benjamin Mazin, Louisville, for appellant.

Francis E. Bauman, Keith U. Laurin, Louisville, for appellee.

Memorandum Opinion of the Court by Commissioner GARDNER, Affirming.*

Raymond F. HERRIN, Appellant,

v.

Marjorie Head HERRIN, Appellee.

Court of Appeals of Kentucky.

March 1, 1974.

Michael L. Judy, Johnson & Judy, Frankfort, for appellant.

James L. Williams, Young & Williams, Frankfort, for appellee.

Memorandum Opinion of the Court by Commissioner CATINNA, Affirming.*

Bertram R. BOHN, and Doris Bohn, natural parents and next friend of Catherine Bohn, an infant, Appellants,

v.

Joseph Phillip TIMPERMAN et al., Appellees.

Court of Appeals of Kentucky.

March 1, 1974.

Martin F. Sullivan, Jr., Louisville, for appellants.

Charles E. Duncan, Duncan & Lehnig, Louisville, for appellee, Joseph Phillip Timperman.

Bill V. Seiller, Ewen, MacKenzie & Peden, Louisville, for appellee, William C. Blake.

Richard M. Trautwein, Rubin & Trautwein, Louisville, for appellee, Safeco Insurance Company.

Memorandum Opinion of the Court by Commissioner GARDNER, Affirming.*

* Opinion ordered not to be published.